UNITED STATES DISTRICT COURTMIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

**STEPHEN STARCESKI,** April 26, 2022
**Individually,**

        **Plaintiff,**     Case No: 22-962

v.

**UNITED VAN LINES INTERNATIONAL,** a Missouri

Corporation (State ID 00158252); UNITED VAN LINES, LLC, (Missouri State Identification LC0030570)(U.S. DOT No. 077949); VALERIE J. PACER (Individual); TRAVELERS CASUALTY & SURETY CO. OF AMERICA (A California Corporation) (Policy 105992979); VANLINER INSURANCE COMPANY (An Ohio Corporation) (Policy MRV5073400-05); UNIGROUP, LLC (Fl State);Nadia A. Gajardo (Individual)

      **Defendants.**              /

## COMPLAINT

Plaintiffs, STEPHEN STARCESKI, sues Defendants UNITED VAN LINES INTERNATIONAL, UNITED VAN LINES, LLC, VALERIE J. PACER, TRAVELERS CASUALTY & SURETY CO. OF AMERICA, VANLINER INSURANCE COMPANY, UNIGROUP, LLC, and Nadia A. Gajardo and states:

### I General Allegations

1. Defendant, United Van Lines, LLC, is a Missouri corporation licensed to do business in Florida and doing business in Hillsborough County, Florida.

2. Defendant, United Van Lines, LLC was not a registered company in the State of Florida at the time of the incident.

3. United Van Lines, LLC offers moving, transportation, warehousing and logistics services around the United States. United Van Lines LLC was and is operating under the United States Department of Transportation Number 011949.

4. United Van Lines, LLC has BIPD/Primary insurance coverage of $1,000,000 by Van liner Insurance Company.